UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

**FILED**
MAR 05 2019
*Matthew ____*
CLERK

In the Matter of the Search Regarding   No. __1:19-mj-3__

19-043-01   **RETURN "REDACTED"**

Date and time warrant executed: __03/05/19  2:10 PM__

Copy of warrant and inventory left with: __Storm G. Blue__

Inventory made in the presence of: __N/A__

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

No PROPERTY TAKEN. ONLY DNA SWAB CONDUCTED.

| CERTIFICATION |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |
| Christopher Cressy, Special Agent<br>Federal Bureau of Investigation |